# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| MALINDA COOLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:15-cv-467 |
| | ) REEVES/SHIRLEY |
| EAST TENNESSEE HUMAN | ) |
| RESOURCE AGENCY, INC., | ) |
| | ) |
| Defendant. | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order accompanying this Judgment, Cooley's motion for summary judgment is **DENIED**, ETHRA's is **GRANTED**, and Cooley's claims against ETHRA are **DISMISSED with prejudice**.

_____
**UNITED STATES DISTRICT JUDGE**

0